# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FBEP | 3743417 | Salmon | 766 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | Offense Code | HAZMAT ☐ |
|---|---|---|---|
| 8/6/13 1343 | 41 CFR 102-74.390 | | |

**Place of Offense:** 511 E. San Antonio, El Paso, TX

**Offense Description:** Disorderly Conduct

**Factual Basis for Charge:** Conduct that creates or disrupts official duties

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ramirez | Maria | B |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GXP876 | TX | '06 | Ford | | White |

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →** $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)  Original - CVB Copy

---

3743417

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __8-6__, 20__13__ while exercising my duties as a law enforcement officer in the __West__ District of __Texas__.

On August 06, 2013 at approximately 1332 hours, I was dispatched by Denver Mega Center to the U.S. Historic Courthouse 511 E. San Antonio, El Paso, Texas 79901 by request of the Protective Security Officer (PSO). The (PSO) advised that a subject at that location was refusing to comply with building rules and regulations by identifying herself and was refusing to move a vehicle standing/parking in an area restricted to law enforcement parking only. Upon arrival, I observed a female standing by the X-Ray machine causing a disturbance with her loud tone of voice. The female was yelling that she was in a hurry and did not have time for any this. I asked her for her identification and advised her per the Code of Federal Regulations (CFR) that a form of state/government identification would be required to enter a government building as the PSO's had instructed her. The female subject finally provided a Texas driver's license identifying her as RAMIREZ, Maria Bertha DOB _____. I then told RAMIREZ that I would show her where it states on the posted (CFR) that identification would be required. RAMIREZ again began to yell of how she did not have time and refused. RAMIREZ insisted to go upstairs to Pre-trial office to pick up some paperwork and I informed her that she could not until her car was moved, she also refused. Attempting to deescalate the situation I told RAMIREZ to go upstairs and get her paperwork and I will hold on to her identification to complete a citation and I would return it to her when she returned from upstairs. As RAMIREZ went upstairs I stepped outside the building to the parking area to retrieve her vehicle information for completing of my citation but as I approached the vehicle was being moved by another driver.

I returned inside to complete my citations as RAMIREZ returned and began to yell that she wanted her identification back. I advised her I was still completing my paperwork as she became more vocal. Inspector Martinez stepped between RAMIREZ and me, informing her that I still needed to talk to her and complete my paperwork. RAMIREZ became upset and said she was leaving. Inspector Martinez attempted to tell her to stop that we were not complete but she refused and ran off into her vehicle departing the area.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __8/6/13__ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FBEP | 3743418 | Salmon | 746 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 8/6/13 1343 | 41CFR 102-74.365 |

Place of Offense: 511 E. San Antonio El Paso, TX

Offense Description: Factual Basis for Charge: Failure to Comply w/ Directions

HAZMAT ☐

3743418

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ramirez | Maris | B |

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| GX0876 | TX | 08 | Ford | White |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ Forfeiture Amount
+ $25 Processing Fee
$ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8-6, 20 13 while exercising my duties as a law enforcement officer in the West District of TX.

On August 06, 2013 at approximately 1332 hours, I was dispatched by Denver Mega Center to the U.S. Historic Courthouse 511 E. San Antonio, El Paso, Texas 79901 by request of the Protective Security Officer (PSO). The (PSO) advised that a subject at that location was refusing to comply with building rules and regulations by identifying herself and was refusing to move a vehicle standing/parking in an area restricted to law enforcement parking only. Upon arrival, I observed a female standing by the X-Ray machine causing a disturbance with her loud tone of voice. The female was yelling that she was in a hurry and did not have time for any this. I asked her for her identification and advised her per the Code of Federal Regulations (CFR) that a form of state/government identification would be required to enter a government building as the PSO's had instructed her. The female subject finally provided a Texas driver's license identifying her as RAMIREZ, Maria Bertha DOB- _____. I then told RAMIREZ that I would show her where it states on the posted (CFR) that identification would be required. RAMIREZ again began to yell of how she did not have time and refused my offer. RAMIREZ insisted to go upstairs to Pre-trial office to pick up some paperwork and I informed her that she could not until her car was moved, she also refused Attempting to deescalate the situation I told RAMIREZ to go upstairs and get her paperwork and I will hold on to her identification to complete a citation and I would return it to her when she returned from upstairs. As RAMIREZ went upstairs I stepped outside the building to the parking area to retrieve her vehicle information for completing of my citation but as I approached the vehicle was being moved by another driver.

I returned inside to complete my citations as RAMIREZ returned and began to yell that she wanted her identification back. I advised her I was still completing my paperwork as she became more vocal. Inspector Martinez stepped between RAMIREZ and me, informing her that I still needed to talk to her and complete my paperwork. RAMIREZ became upset and said she was leaving. Inspector Martinez attempted to tell her to stop that we were not complete but she refused and ran off into her vehicle departing the area.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/6/13    _____ (Officer's Signature)
    Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: TXEP

Violation Number: 3743419
Officer Name (Print): Salmon
Officer No.: 766

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/6/13 1344
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.430
Place of Offense: 511 E. San Antonio, El Paso, TX
Offense Description; Factual Basis for Charge: Parking in space posted for law enforcement only (Signs Posted)

HAZMAT ☐

3743419

## DEFENDANT INFORMATION

Last Name: Ramirez
First Name: Maria
M.I.:

Tag No.: BXP-F74
State: TX
Year: 08
Make/Model: Ford
PASS ☐
Color: Wh.K

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8/6 20 13 while exercising my duties as a law enforcement officer in the West District of TX

On August 06, 2013 at approximately 1332 hours, I was dispatched by Denver Mega Center to the U.S. Historic Courthouse 511 E. San Antonio, El Paso, Texas 79901 by request of the Protective Security Officer (PSO). The (PSO) advised that a subject at that location was refusing to comply with building rules and regulations by identifying herself and was refusing to move a vehicle standing/parking in an area restricted to law enforcement parking only. Upon arrival, I observed a female standing by the X-Ray machine causing a disturbance with her loud tone of voice. The female was yelling that she was in a hurry and did not have time for any this. I asked her for her identification and advised her per the Code of Federal Regulations (CFR) that a form of state/government identification would be required to enter a government building as the PSO's had instructed her. The female subject finally provided a Texas driver's license identifying her as RAMIREZ, Maria Bertha DOB _____ . I then told RAMIREZ that I would show her where it states on the posted (CFR) that identification would be required. RAMIREZ again began to yell of how she did not have time and refused my offer. RAMIREZ insisted to go upstairs to Pre-trial office to pick up some paperwork and I informed her that she could not until her car was moved; she also refused. Attempting to deescalate the situation I told RAMIREZ to go upstairs and get her paperwork and I will hold on to her identification to complete a citation and I would return it to her when she returned from upstairs. As RAMIREZ went upstairs I stepped outside the building to the parking area to retrieve her vehicle information for completing of my citation but as I approached the vehicle was being moved by another driver.
I returned inside to complete my citations as RAMIREZ returned and began to yell that she wanted her identification back. I advised her I was still completing my paperwork as she became more vocal. Inspector Martinez stepped between RAMIREZ and me, informing her that I still needed to talk to her and complete my paperwork. RAMIREZ became upset and said she was leaving. Inspector Martinez attempted to tell her to stop, that we were not complete but she refused and ran off into her vehicle departing the area.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/6/13    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident