# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

**FILED**
2014 JUN 24  AM 11: 55
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

MARIA B. RAMIREZ

Defendant.

Case Number: EP-14-M-2050-NJG
USM Number: *not applicable*

## JUDGMENT IN A CRIMINAL CASE
### (For a Petty Offense) - Short Form

The defendant was represented by counsel, Thomas Carter.

The defendant pled guilty to citation number 3473418 on June 24, 2014. On motion of the United States, the Court dismisses citation numbers 3743417 and 3743419. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| Title 41, CFR § 102-74.385 | Failure to Comply with Directions | August 6, 2013 |

As pronounced on June 24, 2014, the defendant is hereby ORDERED to pay to the United States a special assessment of $5.00 and a fine of $500.00. Said funds shall be due and payable to the Clerk, United States District Court, 525 Magoffin Ave., Rm 105, El Paso, Texas 79901, before 5:00 p.m. on June 30, 2014.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___24th___ day of June, 2014.

_____
NORBERT J. GARNEY
United States Magistrate Judge